No. 02–466. CASINO ASSOCIATION OF LOUISIANA ET AL. *v.* LOUISIANA ET AL. Sup. Ct. La. Motion of DKT Liberty Project for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–711. MOORE ET AL. *v.* DETROIT SCHOOL REFORM BOARD ET AL. C. A. 6th Cir. Motion of Rosa L. Parks et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 02–829. DISCOVER BANK *v.* SZETELA. Ct. App. Cal., 4th App. Dist. Motion of American Bankers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 02–839. BRITTING *v.* MOTOROLA, INC., ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–852. CLAY *v.* PROCTER & GAMBLE PAPER PRODUCTS CO. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–893. EUBANKS-JACKSON *v.* BANK OF AMERICA, N. A. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–7769. KOLODY *v.* SIMON MARKETING, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–8055. WOODARD *v.* STANLEY, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–8533. AILEMEN, AKA POPOOLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.